UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TAMMY WARREN, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **No. 23-7432** |
| **CARE AND DEVELOPMENT CENTER, INC., ET AL** | **SECTION I** |

## JUDGMENT

The Court, upon consideration of the defendants' motion[1] for judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure, finds that judgment should be entered as agreed upon by the parties. Accordingly,

**IT IS ORDERED** that judgment is hereby entered in favor of plaintiff Anthony Badon and against defendants Care and Development Center, Inc., Gilbert Charles, and Laverne King, in the aggregate amount of $1.000.00. Plaintiff Anthony Baden reserves any claim for attorneys' fees and costs against the defendants. This judgment does not relate to the claims asserted by Tammy Warren against the defendants.

New Orleans, Louisiana, August 16, 2024.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 43.